# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 13, 2006

127660(89)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOYCE MCDOWELL, as Personal
Representative of the estates of
BLAKE BROWN, JOYCE BROWN,
and HRISTOPHER BROWN, deceased,
and as Conservator for JONATHON FISH,
JOANNE CAMPBELL, and JUANITA FISH,
          Plaintiff-Appellee,

v

CITY OF DETROIT and the
DETROIT HOUSING COMMISSION,
          Defendants-Appellants.
_____

SC: 127660
CoA: 246294
Wayne CC: 00-030668-NO

          On order of the Chief Justice, the motion by plaintiffs-appellees for extension to June 30, 2006 of the time for filing their brief and appendix is considered and it is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2006

_____
Clerk